**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT BARRICK, | NO. SA CV 16-01909-ODW(AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BARRACK OBAMA, et. al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 1, 2017.

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE